# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03086-REB-KMT

CANDACE AGUIRRE,

    Plaintiff,

v.

NORTHLAND GROUP, INC., a Minnesota corporation,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW the parties by and through their undersigned counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement terms have been completed by the parties. The Parties expect this to happen by January 30, 2012.

Dated: January 11, 2012.

Respectfully Submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Jeffrey A. Olson |
| David M. Larson, Esq. | Jeffrey A. Olson, Esq. |
| 405 S. Cascade Avenue, Suite 305 | 7831 Glenroy Rd., Suite 185 |
| Colorado Springs, Colorado 80903 | Edina, MN 55439 |
| Telephone: (719) 473-0006 | Telephone: (952) 835-4709 |
| Attorney for Plaintiff | Attorney(s) for Defendant |